IN THE MATTER OF THE JERSEY CITY AND BERGEN RAILWAY COMPANY FOR A SUMMARY DETERMINATION AS TO CERTAIN PROPERTY ASSESSED BY JERSEY CITY AND ALSO BY THE STATE BOARD OF ASSESSORS.

Submitted March 19, 1901—Decided June 10, 1901.

1. Property not possessed and used by a railroad company for railroad purposes is subject to local assessment only.
2. A trolley line is not a railroad use.

---

On rule to show cause.

Before Justices VAN SYCKEL, GARRISON and FORT.

For Jersey City, *John W. Queen.*

For the state, *Samuel H. Grey,* attorney-general.

The opinion of the court was delivered by

GARRISON, J.   The property that may be lawfully assessed by the state board of assessors is property in the possession of a railroad company and used by it for railroad purposes. *In matter of Taxation of Erie Railroad Co.,* 36 *Vroom* 608.

This property is not so possessed and used.   It is used as a trolley road, which is not a railroad use.   *Camden and Atlantic Railroad Co.* v. *Atlantic City,* 29 *Vroom* 316.

The character of the property taxed is therefore that of property not used for railroad purposes, and it has been lawfully taxed by Jersey City alone.